**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jose Alberto Arroyo-Sotelo,<br><br>      Plaintiff,<br><br>v.<br><br>Pamela Bondi, *Attorney General;* Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and Joel Brott, *Sheriff of Sherburne County*,<br><br>      Defendants. | Civil No. 26-924 (DWF/EMB)<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Based upon the Motion to Dismiss filed by the Petitioner on February 3, 2026, (Doc. No. [7]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 4, 2026          s/Donovan W. Frank
                                                   DONOVAN W. FRANK
                                                   United States District Judge