**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Jose Alberto Arroyo Sotelo

**JUDGMENT IN A CIVIL CASE**

Petitioner,

v.

Case Number: 26-cv-00924-DWF-EMB

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,  Joel Brott

Respondents.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is **DISMISSED WITHOUT PREJUDICE.**

Date: 2/4/2026

KATE M. FOGARTY, CLERK